■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VICTOR GONZALEZ, Appellant, v STEPHEN DALSHEIM, as Warden of New York State Department of Correctional Services, Respondent. — In a habeas corpus proceeding to compel the appellant's restoration to parole supervision, the appeal is from a judgment of the Supreme Court, Dutchess County (Ingrassia, J.), dated September 1, 1983, which dismissed the petition.

Judgment affirmed, without costs or disbursements.

The remedy of habeas corpus is not available inasmuch as petitioner is still serving time for the sentence imposed for a crime committed while he was on parole (*see, People ex rel. Mendolia v Superintendent, Green Haven Correctional Facility,* 47 NY2d 779; *Matter of Soto v New York State Bd. of Parole,* 107 AD2d 693; *People ex rel. Knowles v Scully,* 101 AD2d 895; *People ex rel. Collier v Superintendent of Green Haven Correctional Facility,* 72 AD2d 612). Mangano, J. P., Gibbons, Bracken and Niehoff, JJ., concur.